UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------ X
MARVIN RODRIGUEZ, :
:
                      Plaintiff, :
:
         -against- :    **19-cv-14589-CCC-SCM**
:
JOHN KOHUT III & SONS LANDSCAPING, LLC :
d/b/a KOHUT & SON COMPLETE LANDSCAPE :
SERVICE and JOHN KOHUT IV, :
:
                      Defendants. X
------------------------------------------------------------------------

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**WHEREAS,** on July 1, 2019, Plaintiff filed a Complaint, which asserts claims for, *inter alia*, failure to pay overtime wages and liquidated damages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and/or the New Jersey Wage and Hour Law ("NJWHL");

**WHEREAS,** Plaintiff subsequently agreed to dismiss the FLSA claim, in its entirety and with prejudice, and for that reason, on February 25, 2020, Defendants filed a Stipulation of Dismissal as to that claim;

**WHEREAS,** the parties have reached a settlement of this action and Plaintiff's claims through arms-length negotiations and have entered into a Settlement Agreement and Release (the "Agreement"), formally memorializing the parties' settlement; and

**WHEREAS,** this Court shall retain jurisdiction to enforce the terms of the Agreement;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the Parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated:  February 26, 2020

| | |
|---|---|
| **PECHMAN LAW GROUP PLLC**<br>*Attorneys for Plaintiff* | **KLUGER HEALEY LLC**<br>*Attorneys for Defendants* |
| By: /s Louis Pechman<br>   Louis Pechman, Esq.<br>   Catalina Cadavid, Esq.<br>   488 Madison Avenue, 17th Floor<br>   New York, NY 10022<br>   Tel.: (212) 583–9500 | By: /s Phillip G. Ray<br>   Phillip G. Ray, Esq.<br>   521 Newman Springs Road, Suite 23<br>   Lincroft, NJ 07738<br>   Tel.: (732)852-7500 |

SO ORDERED.

_____
Claire C. Cecchi, U.S.D.J.

 March 19, 2020